IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2831

DAMIAN LEWIS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Damian Lewis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.